Ronald M. Neumann, Esq.
David S.S. Hamilton, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
  *Sterling National Bank*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Levi Eichenstein and Miriam Eichenstein,

                              Plaintiffs,

              - against -

Experian Information Solutions, Inc.
Sterling National Bank and Trust Company
f/k/a Astoria Federal Savings,

                              Defendants.

CASE NO.  18 CV 4359 AMD-RLM

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

              ENTER my appearance as counsel in this case for defendant Sterling National

Bank sued herein as Sterling National Bank and Trust Company f/k/a Astoria Federal Savings. I

certify that I am admitted to practice in this Court.

Dated:   New York, New York
         September 20, 2018

                                        ZEICHNER ELLMAN & KRAUSE LLP

                              By: *Ronald M. Neumann*
                                        Ronald M. Neumann
                                        Attorneys for Defendant
                                          Sterling National Bank
                                        1211 Avenue of the Americas
                                        New York, New York  10036
                                        (212) 223-0400

*TO:*     *All Counsel by ECF*

982316