Ronald M. Neumann, Esq.
David S.S. Hamilton, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
*Sterling National Bank*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Levi Eichenstein and Miriam Eichenstein,<br><br>Plaintiffs,<br><br>- against -<br><br>Experian Information Solutions, Inc.<br>Sterling National Bank and Trust Company<br>f/k/a Astoria Federal Savings,<br><br>Defendants. | CASE NO. 18 CV 4359 AMD-RLM |

### FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT STERLING NATIONAL BANK

Defendant Sterling National Bank, sued herein as Sterling National Bank and Trust Company f/k/a Astoria Federal Savings, by its undersigned attorneys, discloses pursuant to Fed. R. Civ. P. 7.1 that it is a wholly owned subsidiary of Sterling Bancorp, a publicly traded Delaware Corporation, which owns all of its common stock.

Dated:  New York, New York
        September 20, 2018

ZEICHNER ELLMAN & KRAUSE LLP

By: /s/ Ronald M. Neumann
Ronald M. Neumann
Attorneys for Defendant
Sterling National Bank
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

982319