Ronald M. Neumann, Esq.
David S.S. Hamilton, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
1211 Avenue of the Americas
New York, New York 10036
(212) 223-0400

Attorneys for Defendant
 *Sterling National Bank*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Levi Eichenstein and Miriam Eichenstein,<br><br>              Plaintiffs,<br><br>        - against -<br><br>Experian Information Solutions, Inc.<br>Sterling National Bank and Trust Company<br>f/k/a Astoria Federal Savings,<br><br>              Defendants. | CASE No.  18 CV 4359 AMD-RLM<br><br>__NOTICE OF APPEARANCE__ |

To the Clerk of this Court and all parties of record:

ENTER my appearance as counsel in this case for defendant Sterling National Bank sued herein as Sterling National Bank and Trust Company f/k/a Astoria Federal Savings. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        September 20, 2018

                        ZEICHNER ELLMAN & KRAUSE LLP

                        By: _D Hamilton_____
                            David S.S. Hamilton
                            Attorneys for Defendant
                             Sterling National Bank
                            1211 Avenue of the Americas
                            New York, New York  10036
                            (212) 223-0400

*TO:*    *All Counsel by ECF*

982345