ZEICHNER ELLMAN & KRAUSE LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5350
Rneumann@zeklaw.com

WWW.ZEKLAW.COM

September 20, 2018

**BY ECF**

The Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East, Chambers N 415
Brooklyn, New York 11201

**Eichenstein, et al. v. Experian Information Solutions, Inc., et al.
Case No. 1:18-cv-04359 (AMD) (RLM)**

Dear Judge Mann:

      We represent defendant Sterling National Bank, sued herein as Sterling National Bank and Trust Company f/k/a Astoria Federal Savings ("Sterling") and write to request a 30-day extension of time to answer, move, or otherwise respond to plaintiffs' complaint (the "Complaint"), which would make the new deadline October 25, 2018.

      Sterling's current deadline to respond to the Complaint is September 25, 2018.[1] Plaintiff has consented to the request for the extension, and there have been no previous requests by Sterling to extend the deadline.

      Sterling is requesting the extension to ensure it has adequate time to investigate allegations in the Complaint.

Respectfully submitted,

*Ronald Neumann*
Ronald M. Neumann

RMN:mzg

cc:    All counsel of record (by ECF)

---

[1] Sterling advises that it was served with the Complaint on September 4, 2018. The Docket does not contain an affidavit of service for Sterling and erroneously lists the Answer due date for Sterling as September 20, 2018. [Docket No. 9.]

NEW YORK | CONNECTICUT | NEW JERSEY | ISRAEL
