## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVI EICHENSTEIN and MIRIAM EICHENSTEIN,<br><br>                Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and STERLING NATIONAL BANK AND TRUST COMPANY F/K/A ASTORIA FEDERAL SAVINGS,<br><br>                Defendants. | Case No. 18-cv-04359-AMD-RLM<br><br>ECF Case |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brittany S. Zimmer of Jones Day, with offices located at 250 Vesey Street, New York, NY 10281, hereby enters an appearance for Defendant Experian Information Solutions, Inc.

I hereby certify that I am admitted to practice before this Court.

Dated: October 10, 2018
      New York, New York

                                        /s/ *Brittany S. Zimmer*
                                        Brittany S. Zimmer, Esq.
                                        JONES DAY
                                        250 Vesey Street
                                        New York, New York 10281
                                        Telephone: (212) 326-3406
                                        Facsimile: (212) 755-7306
                                        Email: bzimmer@jonesday.com

                                        *Counsel for Defendant*
                                        *Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

      I certify that on October 10, 2018, I caused the foregoing to be electronically filed with the Clerk of Court and served upon all counsel of record via the CM/ECF system.

/s/ *Brittany S. Zimmer*
Brittany S. Zimmer

*Counsel for Defendant*
*Experian Information Solutions, Inc.*