UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVI EICHENSTEIN and MIRIAM EICHENSTEIN,<br><br>                Plaintiffs,<br><br>                v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; and STERLING NATIONAL BANK AND TRUST COMPANY F/K/A ASTORIA FEDERAL SAVINGS,<br><br>                Defendants. | Case No. 18-cv-04359-AMD-RLM<br><br>ECF Case |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the U.S.-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC

    (b) Online Data Exchange LLC

    (c) New Management Services LLC

    (d) VantageScore Solutions LLC

    (e) Opt-Out Services LLC

3.  Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands and is publicly traded on the London Stock Exchange

Dated: October 10, 2018
       New York, New York

Respectfully submitted,

/s/ *Brittany S. Zimmer*
Brittany S. Zimmer, Esq.
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3406
Facsimile: (212) 755-7306
Email: bzimmer@jonesday.com

*Counsel for Defendant*
*Experian Information Solutions, Inc.*

2

## **CERTIFICATE OF SERVICE**

I certify that on October 10, 2018, I caused the foregoing to be electronically filed with the Clerk of Court and served upon all counsel of record via the CM/ECF system.

/s/ *Brittany S. Zimmer*
Brittany S. Zimmer

*Counsel for Defendant*
*Experian Information Solutions, Inc.*