

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RACHEL DRAKE ▪
DANIEL KOHN ▲

▲ NJ & NY Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 2, 2018

The Honorable Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Via ECF**

> **Re:    Eichenstein v. Experian Information Solutions, Inc., et al.**
> **Case No. 1:18-cv-04359-AMD-RLM**

Your Honor,

We represent the Plaintiffs, Levi and Miriam Eichenstein, in the above referenced action, and write in accordance with Your Honor's Individual Practices and with consent of Counsel for Defendants Experian Information Solutions, Inc. ("Experian") and Sterling National Bank and Trust Company of New York ("Sterling NB").

We write to respectfully request an adjournment of the Initial Conference, presently scheduled for Wednesday, November 14, 2018, as Plaintiff's Counsel will be unavailable due to a personal family matter, and would therefore be unable to appear before Your Honor at the Initial Conference.

We have conferred with counsel for Defendants Experian and Sterling NB, who consent to this request. The parties jointly propose December 4 or 5, 2018 as alternative date for the Initial Conference, should one of those dates be available and convenient for the Court.

This is Plaintiff's first request for an adjournment, and the prospective adjournment will not affect any other calendared date.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully,

*/s/ Daniel Kohn*
Daniel Kohn