**JONES DAY**

250 VESEY STREET • NEW YORK, NEW YORK  10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number:  (212) 326-3406
bzimmer@jonesday.com

November 13, 2018

<u>VIA ECF</u>

The Honorable Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: <u>*Eichenstein, et al. v. Experian Information Solutions, Inc., et al.*,
Case No. 1:18-cv-04359-AMD-RLM (E.D.N.Y.)</u>

Dear Judge Mann:

      I represent Defendant Experian Information Solutions, Inc. ("Experian") in the above-referenced matter.  I am writing to respectfully request that a representative of Experian with full settlement authority appear telephonically in the settlement conference scheduled for December 5, 2018.

      Personal attendance of such representative from Experian would impose an undue hardship because Experian's representative is located in California.  Due to the travel time and cost of an in-person appearance, I am requesting that the Court permit a representative with full settlement authority to be available by telephone for the duration of the conference.  I will appear in person at the conference, and I also have full settlement authority in this matter.

      I have conferred with counsel for the other parties and all consent to this request by Experian.

      Thank you very much for your consideration.

      Respectfully submitted,

      */s/  Brittany S. Zimmer*
      Brittany S. Zimmer

cc: All counsel of record (via ECF)