DANIEL H. KOHN, ESQ.
Attorney at Law
dhkohn@gmail.com

March 5, 2019

The Honorable Ann M Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**VIA ECF**

    Case: 1:18-cv-04359-AMD-RLM
    Eichenstein et al v. Experian Information Solutions, Inc. et al

Your Honor,

    I write in accordance with Your Honor's Individual Rules of Practice to hereby respectfully request an Order relieving me as Plaintiffs' Counsel in the above referenced case, per Local Civil Rule 1.4, as I am no longer associated with Stein Saks PLLC as of February 11, 2019.

    On March 5, 2019, Mr. Dov Mittelman of Stein Saks PLLC filed a Notice of Appearance on behalf of Plaintiffs (ECF Doc. 26). Furthermore, per Local Civl Rule 1.4 a copy of this letter is being served upon all parties to this action via ECF.

    Accordingly, I respectfully request this Honorable Court grant an Order relieving me as Plaintiffs' Counsel in the above referenced case, per Local Civil Rule 1.4.

    I thank Your Honor in advance for your kind considerations and courtesies.

    Respectfully Yours,

    */s/ Daniel Kohn*
    Daniel Kohn