UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Levi Eichenstein and
Miriam Eichenstein

     Plaintiff,

        v.                                  CASE NO.:  1:18-cv-4359

Experian Information Solutions, Inc.
Sterling National Bank and Trust Company *f/k/a*
*Astoria Federal Savings*

     Defendant.

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS INC ONLY

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff and Defendant Experian Information Solutions, Inc. in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed as to Experian Information Solutions, Inc. with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 7, 2019

| For Plaintiff Levi Eichenstein and Miriam Eichenstein | For Defendant Experian Information Solutions, Inc. |
|---|---|
| Daniel Kohn, Esq. | Brittany Zimmer |
| Stein Saks, PLLC | Jones Day |
| 285 Passaic Street | 250 Vesey Street |
| Hackensack, NJ 07601 | New York, NY 10281 |
| 201-282-6500 | 212-326-3939 |
| dkohn@steinsakslegal.com | bzimmer@jonesday.com |

1

## **CERTIFICATE OF SERVICE**

I certify that on March 7, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

_/s/ Daniel Kohn_ _____
Daniel Kohn, Esq.
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
_Attorneys for Plaintiff_